UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES NECOBE SMITH,

      Defendant.
_____/

Case No. 1:06:CR:159

HON. GORDON J. QUIST

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed September 13, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Charles Necobe Smith's plea of guilty to Count One of the Indictment is accepted. Defendant Charles Necobe Smith is adjudicated guilty.

3. Defendant Charles Necobe Smith shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: September 28, 2006

      /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE